JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SPERRY COMMERCIAL, a California corporation; TYLER FAMILY REAL ESTATE INVESTMENTS, LLC, a Texas Limited Liability Company; CHARLES ROBERT TYLER, as TRUSTEE OF THE CHARLES ROBERT TYLER TRUST, a Revocable California Trust; SYN PARK FOREST DALLAS, LLC, a Delaware Limited Liability Company; SVN NOBBS FT DALLAS, LLC, a Delaware limited liability company; SNV NORTON RT DALLAS, LLC, a Delaware Limited Liability Company; and SYN GERTDS FT DALLAS, LLC a Delaware Limited Liability Company,<br><br>                    Plaintiffs,<br><br>            vs.<br><br>AMERICAN HOME ASSURANCE COMPANY,  a New York corporation; and DOES 1 - 100, inclusive,<br><br>                    Defendants. | Case No. 8:22-cv-00809-SPG-ADS<br>[Hon. Sherilyn Peace Garnett]<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (SPERRY PLAINTIFFS)**<br>**(FRCP 41(a)(2))**<br><br><br><br><br><br><br><br>Trial Date:        July 30, 2024<br><br>Final Pretrial<br>Conference:     July 10, 2024 |

The Court, having considered the Joint Stipulation for Dismissal With Prejudice of plaintiffs Sperry Commercial, Inc.; SVN Park Forest Dallas, LLC; SVN Nobbs FT Dallas, LLC; SVN Norton RT Dallas, LLC; and SVN Gertds FT Dallas, LLC (collectively, the "Sperry Plaintiffs") and defendant American Home Assurance Company ("American Home"), and good cause appearing therefrom,

1   approves the parties' stipulation and HEREBY ORDERS that the entire action is

2   dismissed as between the Sperry Plaintiffs and American Home, with prejudice.

3   Each party shall bear its own attorney's fees and costs.

4

5        IT IS SO ORDERED.

6

7   DATED: September 20, 2023

8                                          HON. SHERILYN PEACE GARNETT
                                           UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE (SPERRY PLAINTIFFS)