JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SPERRY COMMERCIAL, a California corporation; TYLER FAMILY REAL ESTATE INVESTMENTS, LLC, a Texas Limited Liability Company; CHARLES ROBERT TYLER, as TRUSTEE OF THE CHARLES ROBERT TYLER TRUST, a Revocable California Trust; SYN PARK FOREST DALLAS, LLC, a Delaware Limited Liability Company; SVN NOBBS FT DALLAS, LLC, a Delaware limited liability company; SNV NORTON RT DALLAS, LLC, a Delaware Limited Liability Company; and SYN GERTDS FT DALLAS, LLC a Delaware Limited Liability Company, <br><br>Plaintiffs, <br><br>vs. <br><br>AMERICAN HOME ASSURANCE COMPANY, a New York corporation; and DOES 1 - 100, inclusive, <br><br>Defendants. | Case No. 8:22-cv-00809-SPG-ADS <br>[Hon. Sherilyn Peace Garnett] <br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (TYLER PLAINTIFFS)** <br>**(FRCP 41(a)(2))**   [48] <br><br><br><br><br><br>Trial Date:          July 30, 2024 <br><br>Final Pretrial <br>Conference:      July 10, 2024 |

The Court, having considered the Joint Stipulation for Dismissal With Prejudice of Tyler Family Real Estate Investments, LLC and Charles Robert Tyler, as Trustee of the Charles Robert Tyler Trust (collectively, the "Tyler Plaintiffs") and defendant American Home Assurance Company ("American Home"), and good cause appearing therefrom, approves the parties' stipulation and HEREBY

129298993.1

1 ORDERS that the entire action is dismissed as between the Tyler Plaintiffs and American Home, with prejudice. Each party shall bear its own attorney's fees and costs. Counsel, however, is not relieved of any monetary sanctions awarded against them in this action.

IT IS SO ORDERED.

DATED: October 10, 2023

Honorable Sherilyn Peace Garnett
United States District Judge